**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Andrew Robert McLellan dba Andrew Robert McLellan | CHAPTER 13 |
| Debtor(s) | BKY. NO. 24-12201 AMC |

**AMENDED ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Huntington National Bank and index same on the master mailing list.

Respectfully submitted,

/s/ Denise Carlon

Denise Carlon, Esq.
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322