## UNITED STATES BANKRUPTCY COURT

### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO.: 24-12201 AMC |
| ANDREW ROBERT MCLELLAN FILE #1005360-1976: d/b/a ANDREW ROBERT MCLELLAN | CHAPTER: 13 |

### CERTIFICATE OF SERVICE

  I, Edmund J. Campbell, Jr., Esquire certify under penalty of perjury that I caused the attached Objection of Deni Carise to Debtor's Chapter 13 Plan on the parties at the addresses show below on September 6, 2024.

  The type of service made on the parties was: Electronic Notification and First Class Mail

| Service by Electronic Notification | Service by First Class Mail |
|---|---|
| TRUSTEE:<br>KENNETH E. WEST<br>Office of the Chapter 13 Standing Trustee<br>1234 Market Street - Suite 1813<br>Philadelphia, PA 19107 | 4159 White Horse Drive<br>Malvern, PA 19355<br>CHESTER-PA |
| Assistant U.S. Trustee<br>United States Trustee<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107 | |

If more than one method of service was employed, this certificate of service groups the parties by type of service. For example, the names and address of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: "Service by First Class Mail."

Date: September 6, 2024        Name: Edmund J. Campbell, Jr., Esquire
                      Attorney for Deni Carise

{00493246;1}