Local Bankruptcy Form 9014-3

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE:<br><br>ANDREW ROBERT MCLELLAN<br>d/b/a ANDREW ROBERT MCLELLAN,<br>　　　　　　　　　　　　　　　　　Debtor.<br>_____<br><br>NAVY FEDERAL CREDIT UNION,<br>　　　　　　　　　　　　　　　　　Movant,<br>　　　　　　　　v.<br>ANDREW ROBERT MCLELLAN<br>d/b/a ANDREW ROBERT MCLELLAN,  Debtor,<br>　　　　　　and<br>KENNETH E. WEST,  Trustee,<br>　　　　　　　　　　　　　　　　Respondents. | Chapter 13<br><br>Case No.  24-12201 AMC |

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

　　　　Navy Federal Credit Union has filed with the Court a Motion for Relief from Automatic Stay pursuant to 11 U.S.C. Section 362(d) in order to exercise its state law rights and remedies as concerns with regard to the Property located at 4159 White Horse Road, Malvern, PA 19355.

　　　Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).

1.　　If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, then on or before **October 23, 2024** you or your attorney must do all of the following:

　　　(a)　　File an answer explaining your position with the Clerk's Office located at:

Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

If you mail your answer to the Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

  (b) Mail a copy to Movant's attorney:

      Tammy L. Terrell Benoza, Esq.
      Fein, Such, Kahn & Shepard, P.C.
      6 Campus Drive, Suite 301
      Parsippany, New Jersey 07054
      Telephone: 973-538-4700
      Facsimile: 973-538-9915
      bankruptcy@fskslaw.com

  And to the Trustee:  Kenneth E. West
      1234 Market Street - Suite 1813
      Philadelphia, PA 19107

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in this motion.

3. A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on **October 30, 2024 at 11:00 A.M.** in Courtroom #4, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

            Fein, Such, Kahn & Shepard, P.C.

Date: September 17, 2024      */s/ Tammy L. Terrell Benoza*
            Tammy L. Terrell Benoza, Esq.
            6 Campus Drive, Suite 304
            Parsippany, New Jersey 07054
            973-538-4700
            Bar Number: 20271989
            Email: bankruptcy@fskslaw.com