UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    ANDREW ROBERT MCLELLAN<br>    LIVING ESTATE TRUST | Chapter 13<br><br>Bankruptcy No. 24-12201-AMC |

FOR THE RECORD:
CERTIFICATE OF TRUST – DEED OF TRUST

To the Honorable Ashely M. Chan Ministerial Chancellor of this Article III Tribunal:

WHEREAS, Andrew R. McLellan, Said Trustee, deposits on the Record This Certificated Deed Of Trust of The Andrew Robert McLellan Living Estate Trust with the Clerk of Courts.

Date: 10/04/2024

Respectfully submitted,

_[signature]_, Trustee
Andrew R. McLellan, Trustee

FILED
OCT - 4 2024
TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
    ANDREW ROBERT MCLELLAN  
    LIVING ESTATE TRUST

Chapter 13

Bankruptcy No. 24-12201-AMC

CERTIFICATE OF SERVICE

FOR THE RECORD:
CERTIFICATE OF TRUST – DEED OF TRUST

RE: ANDREW ROBERT MCLELLAN LIVING ESTATE TRUST

**To the Clerk of Courts,**
**Kindly Please distribute this:**

FOR THE RECORD:
CERTIFICATE OF TRUST – DEED OF TRUST
dated October 3rd, 2024

**via electronic filing to the Defense Attorney(s) and Independent Trustee(s) and all Interested Parties of record for this Account No.: 24-12201-amc**

**Thank you,**

_[signature]_ Andrew R. McLellan, Trustee

# TRUSTEE CERTIFICATE OF APPOINTMENT

COMMONWEALTH OF PENNSYLVANIA  }
}
COUNTY OF CHESTER  }

FILE NUMBER: 15-24-2255

IN THE MATTER OF: ANDREW ROBERT MCLELLAN

---

I, Janell A. Morgan, Assistant Clerk of the Orphans' Court Division, of the Court of Common Pleas, in and for the County Of Chester, Commonwealth of Pennsylvania, hereby certify that on the

3rd day of October, 2024

**Andrew Robert McLellan**

was appointed Trustee of Andrew Robert McLellan Living Estate under the

Deed of Trust dated 10/3/2024 of said Andrew Robert McLellan

Bond in the sum of $0.00 was duly filed and approved by the Court on N/A, and the same remains of record in the office of the Clerk of the Orphans' Court Division
of the Court of Common Pleas, Chester County, PA.

*IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said Court at West Chester, PA this 3rd day of October, 2024.*

_____
ASSISTANT CLERK OF THE ORPHANS' COURT DIVISION

NOT VALID WITHOUT IMPRESSED SEAL

FILED OCT - 4 2024

s TRUST DOC