United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 24-12201-amc

Andrew Robert McLellan File #100536  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2

Date Rcvd: Oct 08, 2024      Form ID: pdf900      Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrew Robert McLellan File #1005360-1976, 4159 White Horse Drive, Malvern, PA 19355-9650 |
| 14918105 | + | Amelia Investors, LLC, 3145 Boise Place, Philadelphia, PA 19145-5419 |
| 14922037 | + | Deni Carise, C/O Edmund J. Campbell, Jr. Esquire, Campbell Rocco Law, LLC, 2201 Renaissance Blvd. 3rd Floor, King of Prussia, PA 19406-3619 |
| 14920150 | + | Deni Carise, 159 Arden Road, Conshohocken, PA 19428-2501 |
| 14912739 | + | Huntingdon National Bank, C/O Denise Carlon, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14915291 | + | Huntington National Bank, c/o Denise Carlon, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14906005 | + | Navy Federal Credit Union, C/O Tammy L. Terrell Benoza, 7660 Imperial Way, Ste. 121, Allentown, PA 18195-1022 |
| 14921555 | + | Richard C. DeMarco, Esq., One Commerce Square, 2005 Market Street, 16th Floor, Philadelphia, PA 19103-7062 |
| 14921556 | + | Zarwin Baum DeVito Kaplan Schaer & Toddy PC, One Commerce Square, 2005 Market Street, 16th Floor, Philadelphia, PA 19103-7062 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 08 2024 23:55:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 08 2024 23:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14905145 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 09 2024 00:58:17 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14912513 | ^ | MEBN | Oct 08 2024 23:53:27 | Huntingdon National Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14904867 | ^ | MEBN | Oct 08 2024 23:53:28 | Navy Federal Credit Union, P.O. Box 23800, Merrifield, Virginia 22119-3800 |
| 14923484 | + | Email/Text: bankruptcy@huntington.com | Oct 08 2024 23:55:00 | The Huntington National Bank, PO Box 89424, OPC856, Cleveland OH 44101-6424 |
| 14922050 | + | Email/Text: bankruptcy@bbandt.com | Oct 08 2024 23:55:00 | Truist Bank, Support Services, P. O. Box 85092, Richmond, VA 23286-0001 |
| 14918186 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 09 2024 00:19:49 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14918299 | | Email/PDF: ebn_ais@aisinfo.com | Oct 09 2024 00:07:09 | Verizon by American InfoSource as agent, PO Box 4457, Houston TX 77210-4457 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 08, 2024 | Form ID: pdf900 | Total Noticed: 18 |

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14906141 | * | NAVY FEDERAL CREDIT UNION, P.O. Box 23800, Merrifield, Virginia 22119-3800 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2024          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Huntington National Bank bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Huntingdon National Bank bkgroup@kmllawgroup.com |
| EDMUND J. CAMPBELL, Jr | on behalf of Creditor Deni Carise ecampbell@campbellroccolaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| TAMMY BENOZA | on behalf of Creditor Navy Federal Credit Union bankruptcy@fskslaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | |
|---|---|
| ANDREW ROBERT MCLELLAN | Chapter 13 |
| | Bankruptcy No. 24-12201-AMC |
| Debtor | |

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: October 8, 2024**

_____
Honorable Chief Judge Ashely M. Chan
Bankruptcy Judge