*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|   Andrew Robert McLellan File #1005360−1976 | ) | Case No. 24−12201−amc |
|   dba Andrew Robert McLellan | ) | |
| | ) | |
|   Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | Civil Case Number. |

## Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:

    We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

    ☑ Certificate of appeal from order entered October 8, 2024 and Dated October 8, 2024 by the Honorable Ashely M. Chan

    Notice of appeal filing fee  ☑ paid    ☐ not paid

    ☐ Designation of Record on Appeal Filed
    ☐ Designation of Record on Appeal Not Filed

    ☐ Supplemental certificate of appeal

    ☐ Motion for leave to appeal filed
    ☐ Answer to motion filed

    ☐ Proposed findings of fact and conclusions of law entered by the Honorable Ashely M. Chan
    ☐ Report and recommendation entered by the Honorable Ashely M. Chan
    ☐ Other

    Kindly acknowledge receipt on the copy of the letter provided.

Date: October 24, 2024                                                                      For The Court

                                                                                             Timothy B. McGrath
                                                                                                               Clerk of Court

_____

Received Above material or record tile this day: _____
Civil Action No. _____                           Signature: _____
Miscellaneous No._____                         Date: _____
Assigned to Judge _____