*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>    Andrew Robert McLellan File #1005360−1976<br>    dba Andrew Robert McLellan<br><br>    Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24−12201−amc<br><br>Chapter: 13<br><br>Civil Case Number. |

## Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

☑ Certificate of appeal from order entered October 8, 2024 and Dated October 8, 2024 by the Honorable Ashely M. Chan

Notice of appeal filing fee ☑ paid     ☐ not paid

☐ Designation of Record on Appeal Filed
☐ Designation of Record on Appeal Not Filed

☐ Supplemental certificate of appeal

☐ Motion for leave to appeal filed
☐ Answer to motion filed

☐ Proposed findings of fact and conclusions of law entered by the Honorable Ashely M. Chan
☐ Report and recommendation entered by the Honorable Ashely M. Chan
☐ Other

Kindly acknowledge receipt on the copy of the letter provided.

Date: October 24, 2024                                              For The Court

                                                                    Timothy B. McGrath
                                                                    Clerk of Court

___

Received Above material or record tile this day: October 24, 2024
Civil Action No. 24-cv-5686                            Signature: */s/ Steve Tomas*
    Miscellaneous    No._____                  Date: 10/24/24
Assigned to Judge Joshua D. Wolson