*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|   Andrew Robert McLellan File #1005360−1976 ) | Case No. 24−12201−amc |
|   dba Andrew Robert McLellan ) | |
| ) | |
|   Debtor(s). ) | Chapter: 13 |
| ) | |
| ) | Civil Case Number. 24−5686 |

## Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:

    We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

- ☐ Certificate of appeal from order entered by the Honorable Ashely M. Chan
- Notice of appeal filing fee ☐ paid ☐ not paid

- ☐ Designation of Record on Appeal Filed
- ☑ Designation of Record on Appeal Not Filed

- ☐ Supplemental certificate of appeal

- ☐ Motion for leave to appeal filed
- ☐ Answer to motion filed

- ☐ Proposed findings of fact and conclusions of law entered by the Honorable Ashely M. Chan
- ☐ Report and recommendation entered by the Honorable Ashely M. Chan
- ☐ Other

    Kindly acknowledge receipt on the copy of the letter provided.

Date: November 15, 2024                         For The Court

                                                  Timothy B. McGrath
                                                  Clerk of Court

_____

Received Above material or record tile this day: _____
Civil Action No. _____               Signature: _____
Miscellaneous No._____            Date: _____
Assigned to Judge _____