# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ANDREW ROBERT MCLELLAN<br>LIVING ESTATE TRUST | Chapter 13<br><br>Bankruptcy No. 24-12201-AMC<br><br>U.S District Court No. 24-CV-5686 |

## DESIGNATION OF RECORD ON APPEAL

To the Clerk of Courts for this Honorable Tribunal,

Please find this **Designation of Record on Appeal** to the **Notice of Appeal** filed October 22nd, 2024 to the **Order of Dismissal** for Account 24-12201-amc decreed October 8th, 2024 (Certificate of Service – October 11th, 2024) by Honorable Ashely M. Chan, upholding The Office of The Trustees Motion To Dismiss.

Please find attached complete docket history for U.S. Bankruptcy Account No. 24-12202-AMC.

Please include for the Designation of Record on Appeal:

1. 39/38 – Hearing Transcript (10/08)
2. 37 – Document: Deed of Trust (10/04)
3. 33 – Document: Response, Motion to Dismiss (9/24)
4. 26 – Document: Motion to Dismiss (9/04)

Thank you,

FILED
DEC 26 2024
TIMOTHY McGRATH, CLERK
BY _____ DEP CLERK

Date: 12/26/2024

Respectfully submitted,

Andrew R. McLellan, Trustee
Andrew Robert McLellan Living Estate Trust

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  
ANDREW ROBERT MCLELLAN  
LIVING ESTATE TRUST

Chapter 13

Bankruptcy No. 24-12201-AMC

**DESIGNATION OF RECORD ON APPEAL**

U.S District Court No. 24-CV-5686

# CERTIFICATE OF NOTICE

**To the Clerk of Courts for this Honorable Tribunal,**
**Kindly Please distribute this:**

**Designation of Record on Appeal to the Notice of Appeal filed October 22nd, 2024**

FILED
DEC 26 2024
TIMOTHY McGRATH, CLERK
BY _____ DEP CLERK

**TO:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 14918105 | + | Amelia Investors, LLC, 3145 Boise Place, Philadelphia, PA 19145-5419 |
| 14922037 | + | Deni Carise, C/O Edmund J. Campbell, Jr. Esquire, Campbell Rocco Law, LLC, 2201 Renaissance Blvd. 3rd Floor, King of Prussia, PA 19406-3619 |
| 14920150 | + | Deni Carise, 159 Arden Road, Conshohocken, PA 19428-2501 |
| 14912739 | + | Huntingdon National Bank, C/O Denise Carlon, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14915291 | + | Huntington National Bank, c/o Denise Carlon, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14906005 | + | Navy Federal Credit Union, C/O Tammy L. Terrell Benoza, 7660 Imperial Way, Ste. 121, Allentown, PA 18195-1022 |
| 14921555 | + | Richard C. DeMarco, Esq., One Commerce Square, 2005 Market Street, 16th Floor, Philadelphia, PA 19103-7062 |
| 14921556 | + | Zarwin Baum DeVito Kaplan Schaer & Toddy PC, One Commerce Square, 2005 Market Street, 16th Floor, Philadelphia, PA 19103-7062 |

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 08 2024 23:55:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 08 2024 23:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14905145 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 09 2024 00:58:17 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14912513 | ^ | MEBN | Oct 08 2024 23:53:27 | Huntingdon National Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14904867 | ^ | MEBN | Oct 08 2024 23:53:28 | Navy Federal Credit Union, P.O. Box 23800, Merrifield, Virginia 22119-3800 |
| 14923484 | + | Email/Text: bankruptcy@huntington.com | Oct 08 2024 23:55:00 | The Huntington National Bank, PO Box 89424, OPC856, Cleveland OH 44101-6424 |
| 14922050 | + | Email/Text: bankruptcy@bbandt.com | Oct 08 2024 23:55:00 | Truist Bank, Support Services, P. O. Box 85092, Richmond, VA 23286-0001 |
| 14918186 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 09 2024 00:19:49 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14918299 | | Email/PDF: ebn_ais@aisinfo.com | Oct 09 2024 00:07:09 | Verizon by American InfoSource as agent, PO Box 4457, Houston TX 77210-4457 |

Date: 12/26/2024

Respectfully submitted,

*/s/ Andrew R. McLellan*
Andrew R. McLellan, Trustee
Andrew Robert McLellan Living Estate Trust

Case type: bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Chief Judge:** Ashely M. Chan
**Date filed:** 06/26/2024 **Date of last filing:** 11/15/2024
**Debtor dismissed:** 10/08/2024

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
| 51 | *Filed & Entered:* | 11/15/2024 | Transmission of Record on Appeal |
| 52 | *Filed:* *Entered:* | 11/15/2024 11/19/2024 | Document |
| 50 | *Filed & Entered:* | 10/30/2024 | Chapter 13 Trustee's Final Report and Account |
| 48 | *Filed:* *Entered:* | 10/25/2024 10/26/2024 | BNC Certificate of Mailing - PDF Document |
| 49 | *Filed:* *Entered:* | 10/25/2024 10/26/2024 | BNC Certificate of Mailing - PDF Document |
| 46 | *Filed & Entered:* | 10/24/2024 | Transmission |
| 47 | *Filed & Entered:* | 10/24/2024 | Notice of Docketing Record on Appeal |
| 44 | *Filed & Entered:* | 10/23/2024 | Court's Certificate of Mailing or Service |
| 45 | *Filed & Entered:* | 10/23/2024 | Court's Certificate of Mailing or Service |
|  | *Filed:* *Entered:* | 10/22/2024 10/25/2024 | Receipt Number and Filing Fee |
| 42 | *Filed & Entered:* | 10/22/2024 | Notice of Appeal |
| 43 | *Filed & Entered:* | 10/22/2024 | Court's Certificate of Mailing or Service |
| 41 | *Filed:* *Entered:* | 10/10/2024 10/11/2024 | BNC Certificate of Mailing - PDF Document |
| 38 | *Filed & Entered:* | 10/08/2024 | CHAP - Hearing Held (Bk)  *Please include* |
| 39 | *Filed & Entered:* | 10/08/2024 | CHAP - Hearing Held (Bk)  *Please include* |
| 40 | *Filed & Entered:* | 10/08/2024 | Order on Motion to Dismiss Case for Other |
| 37 | *Filed & Entered:* | 10/04/2024 | Document  *Please include* |
| 36 | *Filed:* *Entered:* | 10/01/2024 10/02/2024 | CHAP - Hearing Continued (Bk Other) |
|  | *Filed & Entered:* | 09/30/2024 | Automatic docket of credit card |

| | | | |
|---|---|---|---|
| 34 | Filed & Entered: Terminated: | 09/30/2024 12/05/2024 | 🌐 Motion for Relief From Stay |
| 35 | Filed & Entered: | 09/30/2024 | 🌐 Notice of Motion |
| 33 | Filed & Entered: | 09/24/2024 | 🌐 Response  *Please include* |
| 32 | Filed & Entered: | 09/19/2024 | 🌐 Objection to Confirmation of the Plan |
| 28 | Filed & Entered: | 09/06/2024 | 🌐 Objection |
| 29 | Filed & Entered: | 09/06/2024 | 🌐 Objection |
| 30 | Filed & Entered: | 09/06/2024 | 🌐 Certificate of Service |
| 31 | Filed & Entered: | 09/06/2024 | 🌐 Meeting of Creditors Continued (multi) |
| 26 | Filed & Entered: Terminated: | 09/04/2024 10/08/2024 | 🌐 Motion to Dismiss Case for Other  *Please include* |
| 27 | Filed & Entered: | 09/04/2024 | 🌐 Notice of Motion |
| 25 | Filed & Entered: | 08/30/2024 | 🌐 Notice of Appearance |
| doc | Filed & Entered: | 08/21/2024 | 🌐 Notice of Mortgage Payment Change |
| doc | Filed & Entered: | 08/20/2024 | 🌐 Notice of Postpetition Mortgage Fees, Expenses, and Charges |
| doc | Filed & Entered: | 08/20/2024 | 🌐 Notice of Postpetition Mortgage Fees, Expenses, and Charges |
| 24 | Filed & Entered: | 08/09/2024 | 🌐 Notice of Appearance |
| 23 | Filed & Entered: | 08/01/2024 | 🌐 Notice of Appearance |
| 22 | Filed: Entered: | 07/18/2024 07/19/2024 | 🌐 BNC Certificate of Mailing - Meeting of Creditors |
| 20 | Filed & Entered: | 07/17/2024 | 🌐 Objection to Confirmation of the Plan |
| 21 | Filed & Entered: | 07/17/2024 | 🌐 Objection to Confirmation of the Plan |
| 19 | Filed & Entered: | 07/16/2024 | 🌐 Meeting of Creditors Chapter 13 |
| | Filed & Entered: | 07/11/2024 | 🌐 Receipt Number and Filing Fee |
| 12 | Filed & Entered: | 07/11/2024 | 🌐 Summary of Assets and Liabilities and Certain Statistical - (for initial filing and amendments) |

| | | | |
|---|---|---|---|
| [13](#) | Filed & Entered: | 07/11/2024 | 🔵 Chapter 13 Plan |
| [14](#) | Filed & Entered: | 07/11/2024 | 🔵 Chapter 13 Statement of Monthly Income |
| [14](#) | Filed & Entered: | 07/11/2024 | 🔵 Chapter 13 Calculation of Disposable Income |
| [15](#) | Filed & Entered: | 07/11/2024 | 🔵 Matrix List of Creditors |
| [16](#) | Filed & Entered: | 07/11/2024 | 🔵 Schedules A/B - J |
| [17](#) | Filed & Entered: | 07/11/2024 | 🔵 Statement of Financial Affairs |
| [18](#) | Filed & Entered: | 07/11/2024 | 🔵 Notice of Appearance |
| [11](#) | Filed: Entered: | 07/03/2024 07/04/2024 | 🔵 BNC Certificate of Mailing - PDF Document |
| [10](#) | Filed & Entered: | 07/01/2024 | 🔵 Order on Motion To Pay Filing Fees in Installments |
| [9](#) | Filed: Entered: | 06/29/2024 06/30/2024 | 🔵 BNC Certificate of Mailing - Order Requiring Documents |
| | Filed & Entered: | 06/27/2024 | 🔵 Add Trustee |
| [8](#) | Filed & Entered: | 06/27/2024 | 🔵 Requiring Documents for individual cases |
| [1](#) | Filed & Entered: | 06/26/2024 | 🔵 Voluntary Petition (Chapter 13) |
| [2](#) | Filed & Entered: | 06/26/2024 | 🔵 Certificate of Credit Counseling |
| [3](#) | Filed & Entered: | 06/26/2024 | 🔵 Pro se statement |
| [4](#) | Filed & Entered: | 06/26/2024 | 🔵 Statement of Social Security Number |
| [5](#) | Filed: Entered: Terminated: | 06/26/2024 06/27/2024 07/01/2024 | 🔵 Application to Pay Filing Fees in Installments |
| [6](#) | Filed: Entered: | 06/26/2024 06/27/2024 | 🔵 Document |
| [7](#) | Filed: Entered: | 06/26/2024 06/27/2024 | 🔵 Document |

| PACER Service Center |
|---|
| **Transaction Receipt** |
| 12/26/2024 12:29:24 |

| PACER Login: | amclellan10 | Client Code: | |
|---|---|---|---|

| Description: | History/Documents | Search Criteria: | 24-12201-amc Type: History |
|---|---|---|---|
| Billable Pages: | 2 | Cost: | 0.20 |