*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|   Andrew Robert McLellan File #1005360−1976 ) | Case No. 24−12201−amc |
|   dba Andrew Robert McLellan ) | |
| ) | |
| Debtor(s). ) | Chapter: 13 |
| ) | |
| ) | Civil Case Number. 24-5686 |

## Supplemental Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:

    We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

- ☐ Certificate of appeal from order entered by the Honorable Ashely M. Chan
- Notice of appeal filing fee ☐ paid ☐ not paid

- ☐ Designation of Record on Appeal Filed
- ☒ Designation of Record on Appeal Not Filed    Appeallant Designaton filed    *note: Transcript of hearing held 10/08/2024 is Not Part of Court Record.

- ☐ Supplemental certificate of appeal

- ☐ Motion for leave to appeal filed
- ☐ Answer to motion filed

- ☐ Proposed findings of fact and conclusions of law entered by the Honorable Ashely M. Chan
- ☐ Report and recommendation entered by the Honorable Ashely M. Chan
- ☐ Other

Kindly acknowledge receipt on the copy of the letter provided.

Date: January 10, 2025

For The Court

Timothy B. McGrath
Clerk of Court

___

Received Above material or record tile this day: _____
Civil Action No. _____        Signature: _____
Miscellaneous No. _____       Date: _____
Assigned to Judge _____