*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|   Andrew Robert McLellan File #1005360−1976 | ) | Case No. 24−12201−amc |
|   dba Andrew Robert McLellan | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | Civil Case Number.  24-5686 |

## Supplemental Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

- ☐ Certificate of appeal from order entered by the Honorable Ashely M. Chan
- Notice of appeal filing fee ☐ paid ☐ not paid

- ☐ Designation of Record on Appeal Filed
- ☑ Designation of Record on Appeal Not Filed    Appeallant Designaton filed    *note: Transcript of hearing held 10/08/2024 is Not Part of Court Record.

- ☐ Supplemental certificate of appeal

- ☐ Motion for leave to appeal filed
- ☐ Answer to motion filed

- ☐ Proposed findings of fact and conclusions of law entered by the Honorable Ashely M. Chan
- ☐ Report and recommendation entered by the Honorable Ashely M. Chan
- ☐ Other

Kindly acknowledge receipt on the copy of the letter provided.

Date: January 10, 2025

For The Court

Timothy B. McGrath
Clerk of Court

___

Received Above material or record tile this day: January 10, 2025
Civil Action No. 24-cv-5686    Signature: /s/ *Steve Tomas*
  Miscellaneous    No._____    Date: 1/10/25
Assigned to Judge Joshua D. Wolson