*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| Andrew Robert McLellan File #1005360−1976 | ) | Case No. 24−12201−amc |
| dba Andrew Robert McLellan | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | Civil Case Number. 24−5686 |

### Amended Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

☐ Certificate of appeal from order entered by the Honorable Ashely M. Chan

Notice of appeal filing fee ☐ paid    ☐ not paid

☑ Designation of Record on Appeal Filed    Transcript of Hearing Held on 10-8-24 is Not Part of Court Record

☐ Designation of Record on Appeal Not Filed

☐ Supplemental certificate of appeal

☐ Motion for leave to appeal filed

☐ Answer to motion filed

☐ Proposed findings of fact and conclusions of law entered by the Honorable Ashely M. Chan

☐ Report and recommendation entered by the Honorable Ashely M. Chan

☐ Other

Kindly acknowledge receipt on the copy of the letter provided.

Date: January 27, 2025

For The Court

Timothy B. McGrath
Clerk of Court

_____

Received Above material or record tile this day: _____

Civil Action No. _____     Signature: _____

Miscellaneous No._____     Date: _____

Assigned to Judge _____