Form PL239 (03/22)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|   Andrew Robert McLellan File #1005360−1976 | ) | Case No. 24−12201−amc |
|   dba Andrew Robert McLellan | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | Civil Case Number. 24−5686 |

## Amended Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:

    We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

- ☐ Certificate of appeal from order entered by the Honorable Ashely M. Chan
- Notice of appeal filing fee ☐ paid ☐ not paid

- ☒ Designation of Record on Appeal Filed    Transcript of Hearing Held on 10-8-24 is Not Part of Court Record
- ☐ Designation of Record on Appeal Not Filed

- ☐ Supplemental certificate of appeal

- ☐ Motion for leave to appeal filed
- ☐ Answer to motion filed

- ☐ Proposed findings of fact and conclusions of law entered by the Honorable Ashely M. Chan
- ☐ Report and recommendation entered by the Honorable Ashely M. Chan
- ☐ Other

Kindly acknowledge receipt on the copy of the letter provided.

Date: January 27, 2025

For The Court

Timothy B. McGrath
Clerk of Court

___

Received Above material or record tile this day: 01/27/2025
Civil Action No. 24cv5686
Miscellaneous No.
Assigned to Judge  Wolson

Signature: *Nicole Durso*
Date: 01/27/2025