# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **IN RE:  ANDREW ROBERT MCLELLAN,**<br><br>*Debtor.* | **Civil Action No. 2:24-cv-05686-JDW**<br><br>**BKCY. No. 24–12201–AMC**<br><br>**Chapter 13** |

## ORDER

**AND NOW**, this 30th day of May, 2025, upon consideration of Debtor Andrew Robert McLellan's Application To Respond Out Of Time (ECF No. 18), it is **ORDERED** that the Application is **GRANTED**, and that Mr. McLellan may file his brief out of time.

It is **FURTHER ORDERED** that Mr. McLellan's Motion For Leave: To File First Amended Appeal Brief (ECF No. 20) is **DENIED** for the reasons stated in the accompanying Memorandum.

It is **FURTHER ORDERED** that, for the reasons stated in the accompanying Memorandum, the decision of the Bankruptcy Court in this Action is **AFFIRMED**.

It is **FURTHER ORDERED** that Mr. McLellan's Motion For Stay Pending Appeal (ECF No. 7), Emergency Motion For Stay Pending Appeal (ECF No. 9), Emergency Injunction – Motion For Stay Pending Appeal (ECF No. 11), and Motion For Stay Pending Appeal (ECF No. 21) are **DENIED AS MOOT**.

The Clerk Of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.