United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-12201-amc |
| Andrew Robert McLellan File #100536 | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 13, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrew Robert McLellan File #1005360-1976, 4159 White Horse Drive, Malvern, PA 19355-9650 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Aug 15, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Huntington National Bank bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Huntingdon National Bank bkgroup@kmllawgroup.com |
| EDMUND J. CAMPBELL, Jr | on behalf of Creditor Deni Carise ecampbell@campbellroccolaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| TAMMY BENOZA | on behalf of Creditor Navy Federal Credit Union bankruptcy@fskslaw.com |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Aug 13, 2025 | Form ID: pdf900 | Total Noticed: 1

United States Trustee
                USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ANDREW ROBERT MCLELLAN,<br><br>*Debtor.* | Civil Action No. 2:24-cv-05686-JDW<br><br>BKCY. No. 24–12201–AMC<br><br>Chapter 13 |

## ORDER

**AND NOW**, this 30th day of May, 2025, upon consideration of Debtor Andrew Robert McLellan's Application To Respond Out Of Time (ECF No. 18), it is **ORDERED** that the Application is **GRANTED**, and that Mr. McLellan may file his brief out of time.

It is **FURTHER ORDERED** that Mr. McLellan's Motion For Leave: To File First Amended Appeal Brief (ECF No. 20) is **DENIED** for the reasons stated in the accompanying Memorandum.

It is **FURTHER ORDERED** that, for the reasons stated in the accompanying Memorandum, the decision of the Bankruptcy Court in this Action is **AFFIRMED**.

It is **FURTHER ORDERED** that Mr. McLellan's Motion For Stay Pending Appeal (ECF No. 7), Emergency Motion For Stay Pending Appeal (ECF No. 9), Emergency Injunction – Motion For Stay Pending Appeal (ECF No. 11), and Motion For Stay Pending Appeal (ECF No. 21) are **DENIED AS MOOT**.

The Clerk Of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.